UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DIEP; CHRISTIE DIEP,<br><br>      Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK and all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1 through 107, inclusive,<br><br>      Defendants. | CASE NO. SACV 14-452-JLS (JPRx)<br><br>**JUDGMENT** |

On March 11, 2015, the Court entered an Order Denying the Motion for Leave to File Third Amended Complaint, filed by plaintiffs BRUCE DIEP and CHRISTIE DIEP,

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Plaintiffs' Motion for Leave to File a Third Amended Complaint is DENIED as futile;

2. The Action is dismissed, as to all parties and all causes of action, with prejudice;

3. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

4. Plaintiffs, Bruce Diep and Christie Diep shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: March 17, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE